| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>    450 Golden Gate Avenue, Box 36055 |
| 5 |     San Francisco, California 94102<br>    Telephone: (415) 436-7000 |
| 6 |     Facsimile:  (415) 436-6758<br>    Email: cynthia.stier@usdoj.gov |
| 7 | |
| | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0456-SI |
| Plaintiff, | ) | |
| v. | ) | |
| FRED DE MANUEL, JR., | ) | STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME |
| Defendant. | ) | |

The defendant came before the Court for a status/trial setting appearance on July 14, 2006. The matter was set over until September 8, 2006 at 11:00 a.m. before the Court for a status hearing. The parties agreed, and the Court found, that the time between July 14, 2006 and September 8, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The partes agree, and the Court found, that defense needs time to review discovery documents. Due to the need for the defense to prepare their case by reviewing the discovery documents, failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. The parties agree that the continuance from July 14, 2006 through September 8, 2006 is necessary given the need for defense counsel to spend time preparing the instant case and other cases during this time period. The parties agree that the ends of justice served by granting the

requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 14, 2006  /s/ Cynthia Stier
CYNTHIA STIER
Assistant Untied States Attorney

DATED: July 13, 2006  /s/ Michael Heath
MICHAEL HEATH
Counsel for Fred De Manuel, Jr.

ORDER

For the foregoing reasons, and as stated on the record at the July 14, 2006 hearing in this matter, the Court HEREBY ORDERS the period between July 14, 2006 and September 8, 2006 is excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation. The Court also finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary to review discovery and for effective preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:

_____
SUSAN ILLSTON
United States District Judge