| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>   450 Golden Gate Avenue, Box 36055 |
| 5 |    San Francisco, California 94102<br>   Telephone: (415) 436-7000 |
| 6 |    Facsimile:  (415) 436-6758<br>   Email: cynthia.stier@usdoj.gov |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0456-SI |
| Plaintiff, | ) | |
| v. | ) | |
| FRED DE MANUEL, JR., | ) | STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME |
| Defendant. | ) | |

The defendant came before the Court for a status/trial setting appearance on September 8, 2006. The matter was set over until September 22, 2006 at 11:00 a.m. before the Court for a status hearing. The parties agreed, and the Court found, that the time between September 8, 2006 and September 22, 2006 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The partes agree, and the Court found, that defense needs time for effective preparation of counsel and that failure to grant the requested continuance would unreasonably deny the defense the reasonable time necessary for effective preparation. The parties agree that the continuance from September 8, 2006 and September 22, 2006, is necessary given the need for defense counsel to spend time preparing the instant case and other cases during this time period. The parties agree that the ends of justice served by granting the

1  requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

2

3  DATED: 9/8/2006                                     _____/s/_____
                                                       CYNTHIA STIER
4                                                      Assistant Untied States Attorney

5
   DATED: 9/8/2006                                     _____/s/_____
6                                                      MICHAEL HEATH
                                                       Counsel for Fred De Manuel, Jr.
7

8
                                         ORDER
9
       For the foregoing reasons, and as stated on the record at the September 8, 2006, hearing in
10
   this matter, the Court HEREBY ORDERS the period between September 8, 2006 and September
11
   22, 2006 is excluded from the speedy trial calculation under Title 18, United States Code,
12
   Sections 3161(h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested
13
   continuance would unreasonably deny defense counsel the reasonable time necessary for
14
   effective preparation.  The Court finds that the ends of justice served by granting the requested
15
   continuance outweigh the best interest of the public and the defendants in a speedy trial and in
16
   the prompt disposition of criminal cases.
17
   IT IS SO ORDERED.
18

19
   DATED:                                              _____
20                                                     SUSAN ILLSTON
                                                       United States District Judge
21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Regarding
Exclusion of Time, US v. De Manuel,
No. CR-06-0456-SI                          2