Scan

# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

OCT 24 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )       **Docket Number: CR 06-0456-01 SI**
)
**Fred De Manuel** )
)

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____ January 12, 2007, ____ be continued until ____ March 16, 2007, ____ at ____ 11:00 a.m. ____ .

Date: 10/23/06

_____
Susan Illston
United States District Judge

NDC-PSR-009 12/06/04

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

October 18, 2006

RECEIVED

OCT 2 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Memorandum

The Honorable Susan Illston
United States District Judge

RE: De Manuel, Fred
Dkt. No. CR 06-0456-01 SI
REQUEST FOR CONTINUANCE OF
SENTENCING DATE

Your Honor:

Fred De Manuel entered a guilty plea to a one-count information charging him with a violation of 26 U.S.C. § 7206(1) – Willfully Making and Subscribing a False Tax Return, and he is due to be sentenced on January 12, 2006. This writer will be out of the office during the first two weeks of December 2006 and the first week of January 2007, however, and because of the various disclosure and review dates connected with the preparation of the Presentence Report, she is concerned she will not be able to complete the report on schedule. The defense attorney is unavailable in mid-February 2007, and the prosecutor is beginning a trial near the end of February that she suspects may last for a couple of weeks.

This writer would like to continue Mr. De Manuel's sentencing hearing to March 16, 2007, and the parties concur with this request.

Respectfully submitted,

Iris R. Winey
Acting Chief U. S. Probation Officer

Lynne E. Richards
U. S. Probation Officer

Approved by:

James M. Schloetter
Supervisory U. S. Probation Officer